Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

PAULETTE DELOMA, an individual,

Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY, a foreign company doing business in Washington, and GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, a foreign company doing business in Washington,

Defendants.

Case No. 2:26−cv−00688−RSM

**STIPULATED MOTION TO EXTEND TIME TO RESPOND AND ORDER**

**NOTE ON MOTION CALENDAR:**
**March 4, 2026**

Plaintiff Paulette DeLoma ("Plaintiff") and Defendants Minnesota Life Insurance Company ("Minnesota Life") and Globe Life and Accident Insurance Company ("Globe Life"), by and through their respective counsel, hereby stipulate as follows, pursuant to Local Civil Rule 7(d)(1) and 10(g):

WHEREAS, Plaintiff filed her Complaint ("Complaint") in the Superior Court of King County, Washington on October 31, 2025;

WHEREAS, Plaintiff filed her First Amended Complaint ("First Amended

STIPULATED MOTION TO EXTEND TIME
TO RESPOND AND ORDER
Page **1** of **4**

**McDOWELL HETHERINGTON LLP**
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145      Fax: 510.628.2146

Complaint") in the Superior Court of King County, Washington on January 20, 2026;

WHEREAS, Plaintiff served the Washington State Insurance Commissioner with the Summons, Complaint, and First Amended Complaint on January 22, 2026, and Minnesota Life received the Complaint from the Insurance Commissioner on January 28, 2026;

WHEREAS, Defendant Minnesota Life, joined by Defendant Globe Life, removed the case to this Court on February 26, 2026;

WHEREAS, the current deadline by which Defendants Minnesota Life and Globe Life may move, answer, or otherwise respond in this action is March 5, 2026;

WHEREAS, the Parties submit that good cause exists for extending the deadline by which Defendants may move, answer, or otherwise respond in this action by thirty (30) days, until April 6, 2026. The Parties seek to discuss the legal issues in advance of any motion practice or discovery. Plaintiff also intends to prepare and submit a demand letter to Defendants and engage in discussions regarding potential resolution of the case. The Parties request an additional thirty (30) days to conduct these activities prior to Defendants' deadline to respond in this action.

NOW THEREFORE, the Parties agree, stipulate, and respectfully request that the time within which Defendants Minnesota Life and Globe Life may move, answer, or otherwise respond in this action is extended thirty (30) days, until April 6, 2026.

**McDOWELL HETHERINGTON LLP**
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

**Presented by:**

Dated: March 4, 2026          McDOWELL HETHERINGTON LLP

By: */s/ Jodi K. Swick*
    Jodi K. Swick, WSBA No. 47626

**McDOWELL HETHERINGTON LLP**
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Telephone:  510.628.2145
Facsimile:   510.628.2146
Email:        jodi.swick@mhllp.com

Attorney for Defendant
MINNESOTA LIFE INSURANCE COMPANY


Dated: March 4, 2026          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Gregory S. Worden (with permission)*
    Gregory S. Worden, WSBA No. 24262

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1420 Fifth Avenue, Suite 2050
Seattle, WA 98101
Telephone:  206.436.2020
Facsimile:   206.436.2030
Email:        Gregory.Worden@lewisbrisbois.com

Attorney for Defendant
GLOBE LIFE AND ACCIDENT INSURANCE COMPANY

STIPULATED MOTION TO EXTEND TIME
TO RESPOND AND ORDER
Page **3** of **4**

**McDOWELL HETHERINGTON LLP**
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145          Fax: 510.628.2146

Dated: March 4, 2026          WALSH & WALSH, PLLC

By: */s/ Christopher M. Walsh (with permission)*
        Christopher M. Walsh, WSBA No. 59454

**WALSH & WALSH, PLLC**
PO Box 6876
Tacoma, WA 98417
Telephone: 253.753.1920
Mobile:     253.753.1992
Email:       cwalsh@walshandwalshattorneys.com

Attorney for Plaintiff
PAULETTE DELOMA

## ORDER

It is so ordered.

Dated this 11<u>th</u> day of March, 2026.

_____
Ricardo S. Martinez
United States District Judge

STIPULATED MOTION TO EXTEND TIME
TO RESPOND AND ORDER
Page **4** of **4**

**McDOWELL HETHERINGTON LLP**
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145     Fax: 510.628.2146