UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULETTE DELOMA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MINNESOTA LIFE INSURANCE COMPANY, a foreign company doing business in Washington, and GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, a foreign company doing business in Washington,<br><br>    Defendants. | Case No. 2:26−cv−00688−RSM<br><br>STIPULATED REQUEST TO MODIFY DISCOVERY DATES IN SCHEDULING ORDER AND ORDER |

Plaintiff Paulette DeLoma ("Plaintiff") and Defendants Minnesota Life Insurance Company ("Minnesota Life") and Globe Life and Accident Insurance Company ("Globe Life"), by and through their respective counsel, hereby respectfully request that the Court's Order Setting Trial Date and Related Dates, issued on May 27, 2026 (Dkt. No. 16) be modified as follows:

WHEREAS, the Parties filed their Joint Status Report and Discovery Plan on April 28, 2026 (Dkt. No. 14) and set forth a proposed discovery schedule that included expert witness disclosures and an expert discovery deadline after the close of fact discovery. (*See*, Dkt No. 14, at page 5, lines 14-20.)

WHEREAS, the Court issued the Order Setting Trial Date and Related Dates on May 27, 2026 (Dkt. No. 16.) As a part of the Order, the Court ordered expert witness disclosures due by February 3, 2027, discovery motions due by March 5, 2027; and discovery completed by April 5, 2027.

WHEREAS, the Parties respectfully believe expert disclosures will be more efficiently disclosed and comprehensive in this matter if they occur after the close of fact discovery (on April 5, 2027). The Parties therefore request that expert disclosures occur by May 19, 2027; expert discovery motions be filed by June 4, 2027 (and noted for consideration pursuant to LCR 7(d)(3)); and expert discovery completed by June 18, 2027.

WHEREAS, the Parties submit that good cause exists for modifying the Order.

NOW THEREFORE, the Parties agree, stipulate, and respectfully request that the Order be modified as follows:

- Rule 26(a)(2) expert disclosures and reports be exchanged by May 19, 2027.
- Expert discovery motions be filed by June 4, 2027 and noted for consideration pursuant to LCR 7(d)(3).
- Expert discovery be completed by June 18, 2027.

Dated: June 12, 2026

McDOWELL HETHERINGTON LLP

By: */s/ Jodi K. Swick*
  Jodi K. Swick, WSBA No. 47626

**McDOWELL HETHERINGTON LLP**
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email: jodi.swick@mhllp.com

Attorney for Defendant
MINNESOTA LIFE INSURANCE COMPANY

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: June 12, 2026

By: */s/ Gregory S. Worden*
  Gregory S. Worden, WSBA No. 24262

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1420 Fifth Avenue, Suite 2050
Seattle, WA 98101
Telephone:   206.436.2020
Facsimile:   206.436.2030
Email:      Gregory.Worden@lewisbrisbois.com

Attorney for Defendant
GLOBE LIFE AND ACCIDENT INSURANCE
COMPANY

WALSH & WALSH, PLLC

By: */s/ Christopher M. Walsh*
  Christopher M. Walsh, WSBA No. 59454

**WALSH & WALSH, PLLC**
PO Box 6876
Dated: June 12, 2026   Tacoma, WA 98417
Telephone: 253.753.1920

STIPULATED REQUEST TO MODIFY DISCOVERY
DATES IN SCHEDULING ORDER AND ORDER
Page **3** of **4**

Mobile:       253.753.1992
Email:        cwalsh@walshandwalshattorneys.com

Attorney for Plaintiff
PAULETTE DELOMA

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of June 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY DISCOVERY
DATES IN SCHEDULING ORDER AND ORDER
Page **4** of **4**